## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

**SEAN ALAN THRIFT**                                                              **PLAINTIFF**
ADC #176293

**v.**                                      **CASE NO. 2:24-CV-00170-BSM**

**EBONY BYNUM,** *et al.*                                                    **DEFENDANTS**

### ORDER

Magistrate Judge Benecia B. Moore's recommended disposition [Doc. No. 7] is adopted and Sean Thrift's complaint is dismissed without prejudice for failure to state a claim upon which relief may be granted. It is recommended that this dismissal count as a strike under 28 U.S.C. section 1915(g) and an *in forma pauperis* appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 16th day of June, 2026.

_____
UNITED STATES DISTRICT JUDGE