**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION**

**SEAN ALAN THRIFT**                                                    **PLAINTIFF**
ADC #176293

**v.**                              **CASE NO. 2:24-CV-00170-BSM**

**EBONY BYNUM,** *et al.*                                          **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 16th day of June, 2026.

_____
UNITED STATES DISTRICT JUDGE